■ Peter J. Wagenstein, Respondent, v Walter F. Garigliano, Appellant. [640 NYS2d 828] —Appeal from an order of the Supreme Court (Williams, J.), entered November 17, 1994 in Sullivan County, which denied defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Robert C. Williams.

Cardona, P. J., Mercure, White, Casey and Spain, JJ., concur. Ordered that the order is affirmed, with costs.